No. 388. CITY OF CORAL GABLES *v.* WRIGHT, DOING BUSINESS AS ED. C. WRIGHT & CO., ET AL. Certiorari, 320 U. S. 729, to the Circuit Court of Appeals for the Fifth Circuit. Argued February 10, 11, 1944. Decided March 13, 1944. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. *Messrs. Morton B. Adams* and *Ira C. Haycock,* with whom *Mr. D. H. Redfearn* was on the brief, for petitioner. *Mr. Miller Walton* for Ed. C. Wright and *Mr. F. A. Berry* for the American National Bank of Nashville,—respondents. *Mr. W. Terry Gibson* filed a brief, as *amicus curiae,* in support of respondents.

No. 710. KOHLMEYER, NEWBERGER & CO. ET AL. *v.* COOPER, COLLECTOR OF REVENUE. Appeal from the Supreme Court of Louisiana. March 13, 1944. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Ware & Leland* v. *Alabama,* 209 U. S. 405; *Moore* v. *New York Cotton Exchange,* 270 U. S. 593, 604; cf. *Minnesota* v. *Blasius,* 290 U. S. 1, 8; *Parker* v. *Brown,* 317 U. S. 341, 360–63. *Mr. Arthur A. Moreno* for appellants.

No. —. ILLINOIS EX REL. TRUITT *v.* NIERSTHEIMER, WARDEN. March 13, 1944. Application denied.

No. —. WILSON *v.* HINMAN ET AL. March 13, 1944. The motion for leave to file petition for writ of mandamus is denied.

No. —. EX PARTE STEPHEN MITCHELL; and
No. —. EX PARTE ERHARDT ELOWSON. March 13, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.